IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re: )
Joann Thompson Gayles )
) Case No. 18-04203
)
Debtor(s). )

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street, Mobile, AL 36602, and serve a copy on the movant's attorney.

If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a proper written objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

### VERIFIED OBJECTION TO CLAIM

__Joann Thompson Gayles__ (party name), pursuant to Bankruptcy Rule 3007, hereby objects to ECF claim number __3__ filed by creditor __United Consumer Financial Services__. The relief sought is that the claim should be:

☐ disallowed (or reduced to the amount paid in there have been any distributions).

☐ disallowed (or reduced to the amount paid if there have been any distributions) with leave to file a deficiency claim within 90 days.

☐ allowed as secured in the amount of $_____ with the remainder unsecured.

☐ allowed as unsecured in the amount of $_____.

☐ allowed as secured in the amount of $_____.

☐ allowed in full but reclassified as unsecured.

☐ allowed as unsecured for the amount filed, but the portion of the claim seeking post-petition interest is disallowed.

☐ allowed but with no payment the trustee until the claim is amended for deficiency because the plan provides for surrender of debtor's interest in the collateral.

☐ allowed but with no payment from the trustee other than pre-petition arrearage because the plan provides for direct postpetition payments to the creditor.

☑ other (state): Disallowed as a fraudulent claim.

The basis for the objection is as follows:

Debtor states she has never been in possession of the Kirby Cleaning System. Debtor believes the claim to be fraudulent as she did not sign the contract.

/s/C. Brandon Sellers, III

Attorney for Objecting Party

The Sellers Law Firm
P O Box 432
Greenville, Alabama 36037
334-382-6907
bankruptcy@sellerslawfirm.com

Certification Under Penalty of Perjury*

I/We declare under penalty of perjury that I/we have read the statements contained in the foregoing Objection and that they are true and correct.

/s/Joann Thompson Gayles

Date: 03/19/2019                             Date:

*May be signed electronically but counsel must retain original ink signature per Local Rule 1007(b)-1.

## Certificate of Service

I certify that I have served this pleading on the debtor(s), the trustee, and the creditor whose claim is the subject of the objection by the means and at the addresses decribed below:

Debtor(s) by first class mail

> Joann Thompson Gayles
> 1 Mayfair Park
> Marion, AL 36756

Trustee by first class mail

> Daniel B. O'Brien
> Chapter 13 Trustee
> P.O. Box 1884
> Mobile, AL 36633

Creditor [✔] by first class mail
[ ] by certified mail

> United Consumer Financial Services
> 865 Bassett Road
> Westlake, OH 44145

> Bass & Associates
> 3936 E Ft. Lowell Suite 200
> Tucson, AZ 85712

/s/C. Brandon Sellers, III